## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Smith,                                       Civil No. 12-134 (JNE/SER)

          Plaintiff,

v.                                                   **ORDER OF DISMISSAL**

Monarch Recovery Management, Inc.,

          Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for sixty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

DATED: June 29, 2012

                                                         s/ Joan N. Ericksen
                                                         JOAN N. ERICKSEN,  Judge
                                                         United States District Court